NEDA FARAH (SBN 269819)
neda@nedafarahlaw.com
FARAH LAW, P.C.
265 S. Doheny Dr., Suite 102
Beverly Hills, California 90211
Telephone: (310) 666-3786
Facsimile: (775) 261-1726
*Attorney for the Plaintiff*

Gabe P. Wright (SBN 208647)
gwright@hahnlaw.com
HAHN LOESER & PARKS LLP
600 W. Broadway, Suite 1500
San Diego, California 92101
Telephone: 619-810-4390
Facsimile: 619-810-4391
*Attorney for the Defendant*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETTA ELAINE HAYES,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>COLLECTION BUREAU OF AMERICA, LTD.,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:20-cv-02253-JAM-AC<br><br>**STIPULATED REQUEST FOR ADDITIONAL TIME TO FILE A DISMISSAL WITH PREJUDICE; PROPOSED ORDER**<br><br>Action Filed: November 11, 2020 |

**STIPULATED REQUEST FOR ADDITIONAL TIME TO FILE A DISMISSAL WITH PREJUDICE**

Plaintiff, Etta Elaine Hayes ("Plaintiff"), and Defendant, Collection Bureau of America, Ltd. ("Defendant") (collectively, "the Parties"), hereby jointly request that the Court extend the

1

deadline for the Parties to file a stipulated prejudicial dismissal of this action up through and including May 31, 2021, for good cause, as set forth below:

1. The Parties have been proceeding through the settlement of this matter.

2. The Court previously set a deadline of May 10, 2021 for the Parties to file their dispositional documents.

3. To date, the Parties have not yet completed all of the terms of the Parties' settlement agreement.

4. For this reason, the Parties request an additional twenty-one (21) days to complete execution of the terms of the Parties' settlement agreement, up through and including May 31, 2021.

5. This motion is made for good cause and is not brought for the purposes of delay.

WHEREFORE, the Parties respectfully jointly request that the Court grant this Stipulated Request for Additional Time to File a Stipulated Dismissal of Action With Prejudice, and extend the deadline for the Parties to file their dismissal papers, up through and including May 31, 2021, and grant such other relief as this Court finds just and proper.

**SO STIPULATED.**

| | |
|---|---|
| DATED: May 5, 2021 | FARAH LAW, P.C. |

By: _/s/ Neda Farah_
　　NEDA FARAH
Attorneys for Plaintiff

DATED: May 5, 2021　　　　　　　　HAHN LOESER & PARKS LLP

By: _/s/ Gabe P. Wright_
　　GABE P. WRIGHT
Attorneys for Defendant

## ORDER

The Court **GRANTS** the parties' stipulated request for additional time to file their dismissal papers, to **Monday, May 31, 2021**.

Dated: May 5, 2021　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE